DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 121A16 | State v. Damario Montreal Coxton | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-575)<br><br>2. State's Motion to Dismiss Appeal | 1. Special Order<br><br>2. Special Order |
|---|---|---|---|
| 124A16 | Jillian Murray v. The University of North Carolina at Chapel Hill | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-375)<br><br>2. Def's PDR as to Additional Issues | 1. —<br><br>2. Allowed |
| 125P16 | State v. Mark Wayne Ballard | 1. Def's *Pro Se* Motion for Leave of the Court to File Notice of Appeal (COAP15-832)<br><br>2. Def's *Pro Se* Motion for Extension of Time to File Notice of Appeal<br><br>3. Def's *Pro Se* Motion for Equitable Tolling<br><br>4. Def's *Pro Se* Motion to Stay<br><br>5. Def's *Pro Se* Motion for Appointment of Counsel | 1. Dismissed<br><br>2. Dismissed<br><br>3. Dismissed<br><br>4. Dismissed **04/06/2016**<br><br>5. Dismissed as moot |
| 126P16 | State v. Warren H. Summers | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP16-245) | Denied |
| 127P16 | State v. Dakota Covington | 1. Def's *Pro Se* Motion for Appropriate Relief<br><br>2. Def's *Pro Se* Motion in the Alternative for Petition for Writ of Error *Coram Nobis*<br><br>3. Def's *Pro Se* Motion for Evidentiary Hearing | 1. Dismissed<br><br>2. Dismissed<br><br>3. Dismissed |
| 128P16 | In the Matter of The Estate of La-Reko A. Williams | 1. Petitioner's Notice of Appeal Based Upon a Constitutional Question (COA15-619)<br><br>2. Petitioner's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 130P16 | State v. Jamario Jermaine McClure | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA15-266) | Denied |
| 131P01-12 | State v. Anthony Dove | 1. Def's *Pro Se* Petition for *Writ of Mandamus*<br><br>2. Def's *Pro Se* Motion to Expedite Petition for *Writ of Mandamus* | 1. Dismissed<br><br>2. Dismissed as moot<br><br>**Ervin, J., recused** |